**No. 66801.**—Cotra Corp. *v.* United States, protests 60/17099 and 61/3421 (New York).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise, identified in the record as items 3020 and 3022, and the issues are the same as those involved in *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.